**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 8, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00086-CV

---

### IN RE KIA MOTORS AMERICA, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-77645**

---

## MEMORANDUM OPINION

On February 11, 2022, relator Kia Motors America, Inc. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Kyle Carter, presiding judge of the 125th District Court of Harris County, to vacate the trial court's January 31, 2022 discovery order requiring Kia Motors America to

produce information and material in response to Beverlie Alfred's requests for production 1, 3–11, 16–17, 23–25, 27, 29, 31–33, 36.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.